IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 1:18-cr- |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 201 |
| ARMAN HASSAN AMIRSHAHI, | : | (Bribery) |
| | : | |
| Defendant. | : | **UNDER SEAL** |

## INFORMATION

The United States of America charges that:

### COUNT ONE

From in or about August 2015 to in or about October 2017, within the District of Columbia and elsewhere, the defendant, ARMAN AMIRSHAHI (hereinafter "AMIRSHAHI"), corruptly did give, offer and promise any thing of value to Public Official C with intent to influence an official act; that is, AMIRSHAHI, offered and gave Public Official C money in order to influence Public Official C to improperly reduce the tax-related liabilities of AMIRSHAHI's businesses.

(Bribery, in violation of Title 18, United States Code, Section 201)

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: *[signature]*

EMILY A. MILLER
D.C. Bar No. 462077
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-6988
Emily.Miller2@usdoj.gov